**Order entered October 25, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01135-CR

### EX PARTE JOSE GUSTAVO CASTANEDA

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 067247-A**

## ORDER

The clerk's record in this case contains the trial court's order denying a hearing on appellant's writ application. We conclude there is no reporter's record to file in this case. To expedite the submission of this case, we **VACATE** that portion of our October 3, 2017 order requiring the court reporter to file either the reporter's record or written verification that no hearing was conducted.

The appeal will be submitted without oral argument on January 9, 2018, before a panel consisting of Justices Lang-Miers, Brown, and Boatright.

       /s/    ADA BROWN
              JUSTICE